AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

CLAUDIO DE SIMONE,

    Plaintiff/Counterclaim Defendant,

v.

The Estate of RENATA MARIA ANNA CAVALIERE VESELY, ALESSANDRO ALBERTO VESELY, LEONARDO VESELY, MARCO EMILIO VESELY, MARINA EVA VESELY, and SARA VESELY,

    Defendants/Counterclaim Plaintiffs,

v.

VSL PHARMACEUTICALS, INC.,

    Additional Counterclaim Defendant

APPEARANCE AND SUBSTITUTION

CASE NUMBER: 1:02 cv 01650 RJL

To the Clerk of this court and all parties of record:

    Enter my appearance and substitution for Mark M. Supko withdrawn as counsel on behalf of the law firm of Kenyon & Kenyon which continues to represent the party in this case for:

    The Estate of RENATA MARIA ANNA CAVALIERE VESELY et al

May 28, 2004
Date

_[signature]_
Signature

206425
BAR IDENTIFICATION NO.

Edward T. Colbert
Print Name

Kenyon & Kenyon, 1500 K. Street, NW. Suite 700
Address

Washington, D.C. 20005
City    State    Zip Code

202-220-4200
Phone Number